UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 13-20892

vs.

HON. GEORGE CARAM STEEH

TOUSIF KHAN (D-15),

        Defendant.
_____/

ORDER DENYING DEFENDANT'S DISCOVERY MOTIONS
WITHOUT PREJUDICE [DOCS. 290, 291, AND 292] AND
ORDERING THE RETENTION AND PRESERVATION OF ROUGH NOTES

    This matter has come before the court on defendant Tousif Khan's motion for production or retention of rough notes, motion to compel discovery and motion for disclosure of impeaching information. For the reasons stated on the record, the three discovery motions are denied without prejudice. The government is ordered, and has agreed, to make sure that the agents retain and preserve the rough notes made during the course of the investigation in this case.

Dated: March 23, 2015

                              S/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 23, 2015 by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk